USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CHRISTINE ASIA CO., LTD., et al.,
Plaintiffs,

-against-

ALIBABA GROUP HOLDING LIMITED, et al.,
Defendants.

-----------------------------------------------------------X

15-md-02631 (CM)

**JUDGMENT**

Defendants having moved pursuant to 12(b) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' claims, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on June 21, 2016, having rendered its Memorandum Decision and Order granting in full Defendants motion to dismiss, and directing the Clerk of the Court to close the file, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 21, 2016, Defendants' motion to dismiss is granted in full and this case is closed.

**Dated:** New York, New York
June 22, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 6/28/2016